02CV1154app
02 CV1154eno

FILED

2003 DEC -1 A 10: 17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

GRACEMARIE VENTICINQUE and
PAUL VENTICINQUE

        Plaintiffs.     :    CIVIL NO.: 3-02-CV-1154 (AHN)

vs.

GREENWICH HOSPITAL

        Defendant.     :    NOVEMBER 25, 2003

## REPORT OF PARTIES' PLANNING MEETING

Date Complaint Filed: February 5, 2002

Date Complaint Served: March 7, 2002

Date of Defendant's Appearance: March 27, 2003

Jurisdiction: Action was brought pursuant to Title 28 U.S.C.S § 1332.

    Pursuant to Fed. R. Civ. P. 16(b), 26(f) and Local Civil Rule 38, a conference was held on October 21, 2003. The participants were: Sam DiMeglio for plaintiffs Gracemarie Venticinque and Paul Venticinque and Carol Morris-Fox for the defendant Greenwich Hospital.

271924.1

APPROVED. SO ORDERED
Discovery cutoff date 6.30.04
Dispositive Motions due by 7.30.04
12/2/03
ALAN H. NEVAS, U.S.D.J.