UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------x

GRACEMARIE VENTICINQUE and PAUL       Case No.:
VENTICINQUE, her husband,             3-02-CV-1154(AHN)

        Plaintiffs,                 NOTICE OF MOTION

-against-

GREENWICH HOSPITAL,

        Defendant.
----------------------------------x

FILED APR 26 P 2:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

S I R S:

    PLEASE TAKE NOTICE that, upon the annexed affirmation of TED J. TANENBAUM, dated the 20th day of April, 2004, and upon all prior pleadings and proceedings heretofore had herein, the law firm of GOLDSTEIN, TANENBAUM & D'ERRICO, L.L.P., BY Ted J. Tanenbaum, will move this Court at the Courthouse located at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, for an Order, to permit the law firm of GOLDSTEIN, TANENBAUM & D'ERRICO, L.L.P. by Ted J. Tanenbaum, pursuant to Rule 7(e) to withdraw as attorney for the plaintiffs and granting such other and further relief as to this Court may deem just and proper.

Dated: Carle Place, New York
      April 20, 2004

Yours, etc.,

By: _____
Ted J. Tanenbaum  (TT-0852)
GOLDSTEIN, TANENBAUM & D'ERRICO, L.L.P.
By Ted J. Tanenbaum, Esq.
Attorneys for Plaintiffs
One Old Country Road
Carle Place, New York 11514
(516) 873-0011

TO:   Heidell, Pittoni, Murphy & Bach, LLP
      Attorneys for Defendant
      99 Park Avenue
      New York, New York 10016
      (212) 286-8585

      Gracemarie Venticinque (by Certified Mail - Return Receipt Requested)
      6178 Liebig Avenue
      Riverdale, New York 10471

      Paul Venticinque (by Certified Mail - Return Receipt Requested)
      6178 Liebig Avenue
      Riverdale, New York 10471

      Samuel J. DiMeglio, Jr., Esq.
      One Old Country Road
      Carle Place, New York 11514

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------x

| | |
|---|---|
| GRACEMARIE VENTICINQUE and PAUL VENTICINQUE, her husband, | Case No.: 3-02-CV-1154(AHN) |
| Plaintiffs, | AFFIRMATION |
| -against- | |
| GREENWICH HOSPITAL, | |
| Defendant. | |

---------------------------------x

TED J. TANENBAUM, an attorney duly admitted to practice law in the United States District Court of Connecticut (for this case only as a visiting attorney), affirms the following to be true under the penalties of perjury:

I am the attorney currently representing the plaintiffs in the above captioned case and am hereby making this motion pursuant to local Rule 7(e) to withdraw as attorney for the plaintiffs.

It is my understanding that the attorney for the plaintiffs have hired a new attorney, one Samuel J. DiMeglio, Jr. of One Old Country Road, Carle Place, New York 11590 to represent them in this matter and have signed a Substitution of Attorneys which we are attaching hereto as Exhibit "A".

Mr. DiMeglio is the attorney who the plaintiffs wish to have prosecute their case and we further understand that Mr. DiMeglio shall be making a motion to be admitted to this Court as a visiting attorney. We understand that the Substitution of Attorneys (Exhibit "A") has no legal effect in this Federal proceeding. Thus we are compelled into making this motion to withdraw which we believe the plaintiffs have no objection to since they already have signed the Substitution of

Attorneys and we are further transmitting this motion to them by Certified Mail - Return Receipt Requested, pursuant to the Rules of this Court.

Mr. DiMeglio is fully familiar with this case and the withdrawal of my law firm from this matter will in no way delay the prosecution of this case.

We respectfully request this Court to permit us to withdraw as attorneys for the plaintiffs and provide the plaintiffs thirty (30) days to have their new attorney submit papers to this Court to proceed as a visiting attorney and further prosecute this matter.

WHEREFORE, it is respectfully requested that the motion permitting the withdrawal of myself and my law firm as attorney for the plaintiffs be granted and for such other and further relief as this Court may deem just and proper.

Dated: Carle Place, New York
April 20, 2004

_____
Ted J. Tanenbaum
(TT-0852)

4

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------x

GRACEMARIE VENTICINQUE and PAUL
VENTICINQUE, her husband,                    Case No.: 3:02-CV-1154(AHN)

                Plaintiffs,          CONSENT TO CHANGE ATTORNEY

-against-

GREENWICH HOSPITAL,

                Defendant.
------------------------------------x

    IT IS HEREBY CONSENTED that SAMUEL J. DiMEGLIO, JR., ESQ., of One Old Country Road, Carle Place, New York 11514, be substituted as attorney of record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: Carle Place, New York
       February 24, 2004

_____
Gracemarie Venticinque

_____
Paul Venticinque

_____
GOLDSTEIN, TANENBAUM & D'ERRICO, LLP
(Outgoing Attorneys)
One Old Country Road
Carle Place, New York 11514

STATE OF NEW YORK  )
                            ) ss:
COUNTY OF NASSAU   )

On the 24 day of February in the year 2004, before me personally appeared Gracemarie Venticinque and Paul Venticinque, to be known, and known to me to be the same persons described in and who executed the foregoing consent and acknowledged to me that they executed same

_____
SAMUEL J. DiMEGLIO JR.
Notary Public, State of New York
No. 02DI5032755
Qualified in Suffolk County
Commission Expires August 29, 19___

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 ) SS.:
COUNTY OF NASSAU )

    Annie Tumminello, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides at Edgewater, New Jersey.

    On April 21, 2004, deponent served the within NOTICE OF MOTION and AFFIRMATION upon

    Heidell, Pittoni, Murphy & Bach, LLP
    Attorneys for Defendant
    99 Park Avenue
    New York, New York 10016

    Gracemarie Venticinque
    6178 Liebig Avenue
    Riverdale, New York 10471
    (VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED)

    Paul Venticinque
    6178 Liebig Avenue
    Riverdale, New York 10471
    (VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED)

    Samuel J. DiMeglio, Jr., Esq.
    One Old Country Rd.
    Carle Place, New York 11514

attorneys in this action, at the address designated by them for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                  _____
                                                   Annie Tumminello

Sworn to before me this
21st day of April, 2004

_____
Notary Public

TED J. TANENBAUM
Notary Public, State of New York
No. 31-4615608
Qualified in Nassau County
Commission Expires October 31, 20__