UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------------------------X
GRACEMARIE VENTICINQUE and PAUL
VENTICINQUE, her husband,

                      Plaintiffs,

- against -

GREENWICH HOSPITAL,

                      Defendant.
--------------------------------------------------------X

FILED
2004 MAY 24 A 11:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case no: 3:02-CV-1154 (AHN)

**NOTICE OF MOTION**

SIRS:

    PLEASE TAKE NOTICE that, upon the annexed affirmation of THOMAS J. MILLER, dated the ___ day of May, 2004, and upon all prior pleadings and proceedings heretofore had herein, the plaintiffs, GRACEMARIE VENTICINQUE and PAUL VENTICINQUE, will move this Court at the Courthouse located at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, on the ___ day of May, 2004, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, for an Order, to permit the Law Firm of Samuel J. DiMeglio Jr., pursuant to Rule 2(d) to practice law before this Court and granting such other and further relief as to this Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE, that, answering affidavits, if any, must be served upon the undersigned not later than seven (7) days prior to the motion date.

Dated: Greenwich, Connecticut
       May 26, 2004

                                  YOURS, ETC.,

                                  MILLER & MILLER, LLP

                                  *Thomas J. Miller*
                                  Thomas J. Miller (12266)
                                  406 West Putnam Avenue
                                  Greenwich, CT 06830
                                  (203) 661-1900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of each of the following:

(1) NOTICE OF MOTION
(2) AFFIRMATION OF SAMUEL J. DI MEGLIO, JR.

were served upon:

    John F. Costa, Esq.
    Heidell, Pittoni, Murphy & Bach
    99 Park Avenue, 7th Floor
    New York, NY 10016

by first class mail, postage prepaid on this the 21st day of May, 2004.

_Thomas J. Miller_
Thomas J. Miller

-4-