UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
GRACEMARIE VENTICINQUE and PAUL
VENTICINQUE, her husband,

                Plaintiffs,

      - against -

GREENWICH HOSPITAL,

                Defendant.
-----------------------------------------------------------X

**AFFIRMATION**

3:02CV1154(AHN)

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/24/04
Kevin F. Rowe, Clerk
By: Tiffany R. Bundy
Deputy Clerk

      SAMUEL J. DIMEGLIO JR., an attorney duly admitted to practice law in the Courts of the State of New York and the United States District Court of New York, Eastern District of New York and Southern District of New York, affirms the following to be true under the penalties of perjury:

      This motion is submitted in support of the application to have the Law Firm of Samuel J. DiMeglio Jr., of One Old Country Road, Suite 370, Carle Place, New York 11514, to appear before this Court in the above captioned case, and specifically, Attorney, Samuel J. DiMeglio Jr., be admitted to practice law before this Court.

      I am admitted to practice law before the United States District Court and under I.D. No. SJD-6259 and remain in good standing, with my business address being One Old Country Road, Suite 370, Carle Place, New York, telephone (516) 873-0011. I hereby move for the admission to practice law before the United States District Court of the State of Connecticut. I remain in good standing for those Courts and have not been denied admission or disciplined by this Court or any other Court.

      This case is in the discovery stage, having been transferred from the Southern District of New York to this jurisdiction. I am familiar with the facts of this case and has been retained to represent the plaintiff in this medical malpractice action.

WHEREFORE, it is respectfully requested that this motion be granted permitting Samuel J. DiMeglio Jr., Esq., of One Old Country Road, Suite 370, Carle Place, New York 11514, telephone number (516) 873-0011, be permitted to practice before this Court and that further requests that my sponser, Thomas J. Miller, Esq., be excused from attendance in Court in relation to this action.

Dated: Carle Place, New York
       May 20, 2004

_____
SAMUEL J. DIMEGLIO JR., ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 20th day of May, 2004 to all appearing counsel as follows:

LAW OFFICES OF HEIDELL, PITTONI, MURPHY & BACH, LLP
Attorneys for Defendant GREENWICH HOSPITAL
30 Oak Street
Stamford, Connecticut 06905

_____
Samuel J. DiMeglio Jr., Esq.