UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Venticinque

V.                               Case Number: 3:02cv1154 AHN

Greenwich Hospital

## ORDER

**Motion for PHV** as to Samuel J. DiMeglio, Jr., doc.# **14** - **GRANTED**

Dated at Bridgeport, Connecticut, May 27, 2004.

KEVIN F. ROWE, CLERK

By:/s/ C. W. Cody
    C. W. Cody
    Deputy Clerk