UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GRACEMARIE VENTICINQUE and PAUL
VENTICINQUE, her husband,

                Plaintiffs,

-against-

GREENWICH HOSPITAL,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.:
3-02-CV-1154(AHN)

NOTICE OF MOTION

S:

    PLEASE TAKE NOTICE that, upon the annexed affirmation of TED J. TANENBAUM,

dated the 20th day of April, 2004, and upon all prior pleadings and proceedings heretofore had

herein, the law firm of GOLDSTEIN, TANENBAUM & D'ERRICO, L.L.P., BY Ted J.

Tanenbaum, will move this Court at the Courthouse located at 915 Lafayette Boulevard,

Bridgeport, Connecticut 06604, for an Order, to permit the law firm of GOLDSTEIN,

TANENBAUM & D'ERRICO, L.L.P. by Ted J. Tanenbaum, pursuant to Rule 7(e) to withdraw

as attorney for the plaintiffs and granting such other and further relief as to this Court may deem just

and proper.

Dated: Carle Place, New York
      April 20, 2004

7/06/04   GRANTED.   SO ORDERED.

ALAN H. NEVAS, U.S.D.J.