FILED
2004 JUN -7 P 2: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRACEMARIE VENTICINQUE and PAUL VENTICINQUE, | : |
| PLAINTIFFS: | : CIVIL NO.: 3-02-CV-1154 (AHN) |
| vs. | : |
| GREENWICH HOSPITAL, | : |
| DEFENDANT | : JUNE 3, 2004 |

### DEFENDANT GREENWICH HOSPITAL'S MOTION TO MODIFY DISCOVERY SCHEDULE PURSUANT TO RULE 16(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL CIVIL RULE 7 (b) (2)

Defendant, GREENWICH HOSPITAL, hereby moves this Court for an order pursuant to Rule 16 (b) of the Federal Rules of Civil Procedure and Rule 7 (b) (2) of the Local Civil Rules that the discovery schedule be modified to extend all deadlines an additional 75 days due to plaintiffs' counsel's failure to comply with disclosure of experts and expert reports.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

294595.1

Motion Granted.
Discovery cutoff date  9-13-04
Dispositive Motions due by  10-13-04
SO ORDERED
7/30/04  [signature], U.S.D.J.

2004 JUL 30 A 10: 26
U.S. DISTRICT COURT
FILED