UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRACEMARIE VENTICINQUE and<br>PAUL VENTICINQUE<br><br>          PLAINTIFFS<br><br>v.<br><br>GREENWICH HOSPITAL<br><br>          DEFENDANT | :<br>:<br>:     CIVIL NO.: 3-02-CV-1154 (AHN)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     SEPTEMBER 13, 2004 |

**To the Clerk of this court and all parties of record:**

   **Enter our appearances as counsel in this case for:**

   **Defendant, Greenwich Hospital.**

September 13, 2004
Date

_(signature)_
Signature

CT25901
Connecticut Federal Bar Number

CANERA L. PAGANO
Print Clearly or Type Name

(203) 327-1800
Telephone Number

Heidell, Pittoni, Murphy & Bach, LLP
30 Oak Street
Stamford, CT
Address

(203) 353-1892
Fax Number

cpagano@hpmb.com
E-Mail address

306586.1

September 13, 2004
Date

_____
Signature

CT24550
Connecticut Federal Bar Number

(203) 327-1800
Telephone Number

(203) 353-1892
Fax Number

bdaley@hpmb.com
E-Mail address

BRIAN A. DALEY
Print Clearly or Type Name

Heidell, Pittoni, Murphy & Bach, LLP
30 Oak Street
Stamford, CT 06905

306586.1

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing Appearance was mailed on this date to the following counsel of record:

Samuel J. DiMeglio, Jr., Esq.
One Old Country Road
Suite 370
Carle Place, New York 11514

Signature: _____CANERA L. PAGANO_____

Signature: _____BRIAN A. DALEY_____

306586.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRACEMARIE VENTICINQUE and :
PAUL VENTICINQUE, :
: CIVIL NO.: 3-02-CV-1154(AHN)
PLAINTIFFS :
:
VS. :
:
GREENWICH HOSPITAL, :
:
DEFENDANT : SEPTEMBER 13, 2004

### NOTICE OF MANUAL FILING

The undersigned hereby represents that they do not currently have the capability to create documents in PDF format and are therefore filing the following documents manually: Motion to Preclude Expert Testimony Pursuant to Federal Rule 37(c) (1) and five separate documents entitled Greenwich Hospital's Disclosure Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

THE DEFENDANT
GREENWICH HOSPITAL

BY: _____
Canera L. Pagano
30 Oak Street
Stamford, CT 06854
Tel: (203)327-1800
Federal Bar No.: ct25901

306719.1