UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
----------------------------------------X
GRACEMARIE VENTICINQUE and PAUL
VENTICINQUE,

           **STIPULATION**
           **DISCONTINUING ACTION**

        Plaintiffs,

           Index no: 3-02-CV-1154
  - against -             (AHN)

GREENWICH HOSPITAL,

        Defendant.
----------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice and without costs to either party as against the other.

Dated: Carle Place, New York
       October 1, 2004

| | |
|---|---|
| SAMUEL J. DIMEGLIO JR., ESQ. | HEIDELL PITTONI MURPHY & BACH |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| GRACEMARIE/PAUL VENTICINQUE | GREENWICH HOSPITAL |
| One Old Country Road, Suite 370 | 99 Park Avenue |
| Carle Place, New York 11514 | New York, New York 10016-1601 |